```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 05239
  WILLIAM FROESE
  JEAN FROESE                                   CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

          Debtor
   SSN XXX-XX-9652     SSN XXX-XX-4129

------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/05/08 .

   2.  The case was dismissed without confirmation, 10/24/2008.

   3.  The Debtor paid a total of $    4370.39 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                               PAID           PAID
------------------------------------------------------------------------------
AMERICAS SERVICING CO    CURRENT MORTG           .00            .00            .00
AMERICAS SERVICING CO    MORTGAGE ARRE     NOT FILED            .00            .00
CHASE AUTOMOTIVE FINANCE SECURED VEHIC       1127.00            .00         1127.00
         Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED       PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  1127.00            .00          .00          .00       1127.00
PRINCIPAL PAID      1127.00            .00          .00          .00       1127.00
INTEREST PAID           .00            .00          .00          .00           .00
TOTAL PAID          1127.00            .00          .00          .00       1127.00
The Debtor's attorney, PAUL R IDLAS                  , was allowed $   3500.00
and was paid $   1726.00  direct and $   1774.00  through the plan.

The Trustee received $    168.67 .

Refunds to the Debtor totaled $    1300.72 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated:  01/14/09              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 08 B 05239 WILLIAM FROESE & JEAN FROESE
```